1

**Standard Transportation Company, Libelant Appellant, v. Steamship RENSSELAER, Her Engines, etc.; Middleton S. Borland, as Receiver, etc., Claimant Appellee.**

(Circuit Court of Appeals, Second Circuit. March 7, 1927.)

No. 203.

Appeal from the District Court of the United States for the Southern District of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellant.

Reynolds, Richards & McCutcheon, of New York City (John S. Chapman, Jr., of New York City, of counsel), for appellee.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

2

**Emily N. Streat, as Executrix, etc., Libelant Appellee, v. Steam Tug GANOGA, Her Engines, etc.; New York Marine Company, Claimant Appellant.**

(Circuit Court of Appeals, Second Circuit. February 25, 1927.)

No. 185.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Eastern District of New York.

Frederick W. Park and Howard M. Park, both of New York City, for appellant.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

3

**B. F. THOMAS, Plaintiff In Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7077.

In Error to the District Court of the United States for the District of New Mexico.

Joel E. Stone, of Denver, Colo., for plaintiff in error.

John W. Wilson, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, for failure to print record.

4

**C. B. THOMPSON, Plaintiff In Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 3, 1926.)

No. 6620.

In Error to the District Court of the United States for the Western District of Oklahoma.

Homer N. Boardman, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

5

**UNITED STATES ex rel. Mildred HOLDER, Relator Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. February 10, 1927.)

No. 182.

Appeal from the District Court of the United States for the Southern District of New York.

Charles Abrams, of Brooklyn, N. Y., for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Alvin McKinley Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.